PROB 12
(Rev. 3/88)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 02 2009

JAMES N. HATTEN, Clerk
By: [signature]

UNITED STATES DISTRICT COURT

for

NORTHERN DISTRICT OF GEORGIA

U. S. A. vs. Marlo Grier

Docket No. 1:05CR00403-003-CAP
FILED UNDER SEAL

## PETITION FOR WARRANT AND ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED

COMES NOW David P. Mitchell PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Marlo Grier who was placed on supervision for the offense of Stealing a Firearm From a Licensed Dealer, 18 USC §2, 922(u) and 924(a), by the Honorable Charles A. Pannell, Jr. Sitting in the court at Atlanta, on the 14th day of July, 2006 who fixed the period of supervision at 36 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall make a full and complete disclosure of finances and submit to an audit of financial documents, at the request of the United States Probation Officer.

The defendant shall pay any financial penalty that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer and unless the defendant is in compliance with the installment payment schedule.

The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device.

The defendant shall submit to a search of his person, property, real or personal, residence, place of business or employment, and/or vehicle(s) at the request of the United States Probation Officer. The defendant shall permit confiscation and/or disposal of any material considered contraband or any other item which may be deemed to have evidentiary value related to violations of supervision.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation of State Law**: On March 24, 2009, the defendant committed the new offense of Burglary in Rockdale County Georgia.

PRAYING THAT THE COURT WILL ORDER a warrant issued for Marlo Grier and that he be brought back before the Court at Atlanta, Georgia, to show cause why Supervised Release heretofore entered should not be revoked.

200

ORDER OF COURT

Considered and ordered this 2 day of April, 2009 and ordered filed and made a part of the records in the above case.

_____
Honorable Charles A. Pannell, Jr.
U.S. District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

_____
David Mitchell
U.S. Probation Officer

Place: Atlanta, Georgia

Date: April 2, 2009

_____
Beth Hammond
Supervising U.S. Probation Officer