PS 8
(Rev. 12/00)

# UNITED STATES DISTRICT COURT
## for the
## Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S D.C. Atlanta

JUN 2 3 2009

JAMES N. HATTEN, CLERK
By: /s/ [signature]
Deputy Clerk

U.S.A. vs. Grier, Marlo                Docket No. 1:05-CR-00403-CAP

**Petition for Action on Conditions of Pretrial Release**

COMES NOW David P. Mitchell, PROBATION OFFICER, presenting an official report upon the conduct of defendant Grier, Marlo, who was placed under pretrial release supervision for the offense of Stealing a Firearm From a Licensed Dealer, 18 USC §2, 922(u) and 924(a), by the Honorable Alan J. Baverman sitting in the Court at Atlanta, on May 4, 2009, under the following conditions:

Abide by the following restrictions on personal association, place of abode, or travel: do not change address, place of employment or telephone number without prior permission from Pretrial Services Officer.
Refrain from any use of alcohol.
Avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: all contact with all witnesses in two state court cases described in petition including any potential co-defendants.
Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
Maintain or actively seek employment.
Refrain from possessing a firearm, destructive device, or other dangerous weapon.
Maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.
Obtain no passport.
Refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibit substance testing or electronic monitoring which is (are) required as a condition(s) of release.
Surrender any passport to: pre-trial services.
Submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
Shall be supervised by the pretrial services office and follow the instructions of the supervising officer. Any proposed travel outside the Northern District of Georgia shall be approved before leaving the district.

Abide by all rules and regulations of the half-way house.

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

**1. Failure to Comply with Bond Conditions (Conditions M):** Grier failed to maintain residence at the half-way house (Dismas Charities), and failed to abide by all the rules and regulations of the half-way house as evidenced by his termination from the program on June 23, 2009.

PRAYING THAT THE COURT WILL ORDER a warrant be issued for Marlo Grier, and so that Grier be brought before the Court to show cause why his bond supervision should not be revoked .

**ORDER OF COURT**

Considered and ordered this 23d day of June, 2009

and ordered filed and made a part of the records in the above case

_____
Honorable Alan J. Baverman
U. S. Magistrate Judge

I declare under penalty of perjury that the forgoing is true and correct.

Respectfully,

_____
David P. Mitchell
U. S. Probation Officer

Place: Atlanta, Georgia

Date: June 23, 2009

_____
Beth B. Hammond
Supervising U. S. Probation Officer