ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta
JUN 2 4 2009
JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | NO. 1:05-CR-403-CAP |
| MARLO GRIER | : | |

## GOVERNMENT'S MOTION FOR DETENTION

Comes now the United States of America, by and through its counsel, David E. Nahmias, United States Attorney, and Tracia M. King, Assistant United States Attorney for the Northern District of Georgia, and pursuant to 18 U.S.C. §§ 3143(a) and Fed. R. Crim. P. 32.1(a)(6) moves for detention of the above-captioned defendant. The Court should detain Defendant unless it finds by clear and convincing evidence that Defendant is not likely to flee or pose a danger to the community.

Dated: this 24TH day of June, 2009.

Respectfully submitted,

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

TRACIA M. KING
ASSISTANT U.S. ATTORNEY
600 U.S. Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303
(404) 581-6305
Ga. Bar No. 421380

CERTIFICATE OF SERVICE

This is to certify that I have this day filed the foregoing document by hand-delivery to the court and provided a copy of the same to defense counsel by hand-delivery.

Attorney for Defendant

This 24th day of June, 2009.

TRACIA M. KING
ASSISTANT UNITED STATES ATTORNEY