# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:05-cr-00403-CAP-AJB
## USA v. Trammell et al
## Honorable Charles A. Pannell, Jr.

Minute Sheet for proceedings held In Open Court on 07/31/2009.

TIME COURT COMMENCED: 10:05 A.M.
TIME COURT CONCLUDED: 10:40 A.M.
TIME IN COURT: 00:35
COURT REPORTER: Montrell Vann
DEPUTY CLERK: Y. Martin

| | |
|---|---|
| DEFENDANT(S): | [3]Marlo Grier Present at proceedings |
| ATTORNEY(S) PRESENT: | Whitman Dodge representing Marlo Grier<br>Angela Jordan representing USA |
| PROCEEDING CATEGORY: | Revocation of Supervised Release Hearing(Supervised Release Hearing Non-evidentiary); |
| REVOCATION HEARING INFO. | Defendant did not ADMIT or DENY allegations.<br>Court found that defendant DID violate conditions of Probation/Supervised Release.<br>Probation/Supervised Release was REVOKED. |
| MINUTE TEXT: | Dft exh 1, admitted. CBOP 10 mos., with no supervised release to follow. Dft given appeal rights. Dft remanded to custody of USM. |
| HEARING STATUS: | Hearing Concluded |