UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

      v.

MARLO GRIER,

      Defendant.

CRIMINAL ACTION
NO. 1:05-CR-403-3-CAP

ORDER/JUDGMENT

On this 31 ST day of July, 2009, came the attorney for the
government and the defendant appeared in person and with counsel,
Matthew Dodge.

A probation officer of this court having moved the court to
revoke the supervised release heretofore granted the defendant on
July 17, 2006, for the period of THREE (3) years, and the defendant
having not admitted nor denied that he violated the terms and
conditions of his supervised release, it is,

ORDERED BY THE COURT that the supervised release be revoked,
and IT IS ADJUDGED that the defendant, having been found guilty of
said offense, is hereby Committed to the custody of the Bureau of
Prisons for a period of TEN (10) months with no supervised release
to follow.  The court recommends that the defendant be incarcerated
in or as close to Atlanta, Georgia as possible.

IT IS ORDERED that the Clerk deliver a certified copy of this

order and judgment to the United States Marshal or other qualified officer.

SO ORDERED, this  31st  day of July, 2009.


                                    /s/Charles A. Pannell, Jr.
                                    CHARLES A. PANNELL, JR.
                                    United States District Judge